## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **CONTROL SYNC SYSTEMS, LLC,** | C.A. No. 3:25-cv-2602 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **VIZIO, INC.,** | **PATENT CASE** |
| Defendant. | |

## <u>ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Control Sync Systems, LLC files this Original Complaint for Patent Infringement against Vizio, Inc. and would respectfully show the Court as follows:

## I.  <u>THE PARTIES</u>

1. Plaintiff Control Sync Systems, LLC ("CSS" or "Plaintiff") is a Wyoming limited liability company having an address at 1712 Pioneer Ave., Ste 500, Cheyenne, WY 82001.

2. On information and belief, Defendant Vizio, Inc. ("Vizio" or "Defendant") is a Delaware corporation with a regular and established places of business at 14901 Quorum Drive, Dallas, Texas 75254.  Defendant has a registered agent at C T Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## II.  <u>JURISDICTION AND VENUE</u>

3. This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its

business in this forum, including at least a portion of the infringements alleged herein at 14901 Quorum Drive, Dallas, Texas 75254.

5.    Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.    Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Texas and in this District at 14901 Quorum Drive, Dallas, Texas 75254.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.    For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 7,812,889)

8.    Plaintiff incorporates the above paragraphs herein by reference.

9.    On October 12, 2010, United States Patent No. 7,812,889 ("the '889 Patent") was duly and legally issued by the United States Patent and Trademark Office.  A true and correct copy of the '889 Patent is attached hereto as **Exhibit A** and incorporated herein by reference.

10.     CSS is the assignee of all right, title, and interest in the '889 Patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '889 Patent.  Accordingly, CSS possesses the exclusive right and standing to prosecute the present action for infringement of the '889 Patent by Defendant.

11.     The '889 Patent relates to the field of control systems and more particularly to a control system for controlling video and audio parameters of a display device and a play device synchronously.  (Ex. A at 1:8-11.)  The '889 Patent describes a technical problem with controlling a system comprising two media devices.

12.     For example, there is a system comprising a display device (such as a television or projector) and a play device (such as a DVD player).  (*Id.* at 1:13-17.)  The display device has image display module and a sound display module for displaying images and sound respectively. (*Id.* at 1:17-20.)  The play device uses a module to process video data and audio data so that the display device displays and generates the corresponding images and sound, which are controlled by video and audio parameters.  (*Id.* at 1:21-25.)  Both the play device and display device have on screen display ("OSD") systems.  (*Id.* at 1:26-28.)  A user can input a first OSD signal through a remote control for the display device or use a button on the casing of the display device to control the video and audio parameters of the display device.  (*Id.* at 1:34-39.)  A user can also input a second OSD signal through a separate remote control for the play device or through a button on the casing of the play device to control the video and audio parameters of the display device.  (*Id.* at 1:29-33.)

13.     Separate OSD systems for the display device and play device often annoys the user. (*Id.* at 1:40-41.)  For example, a user may have difficulty controlling the sound in a system of a display device and play device.  (*Id.* at 1:41-43.)  For example, after turning on a projector and a

DVD player, the user may feel the sound is too loud. (*Id.*). The user sends the second OSD signal to the OSD system of the DVD play device through the remote control of the DVD play device, which results in the sound of the DVD play device being lowered. (*Id.* at 1:43-46.) However, if the user feels the sound is still too loud, then the user realizes that it is the sound of the projector play device that is too loud. (*Id.* at 1:46-48.) So the user then uses the remote control of the projector play device to input the first OSD signal to finally lower the sound of the projector. (*Id.* at 1:50-51.) It is therefore really inconvenient and troublesome for a user to pass through multiple steps using multiple remote controls to get the sound that the user seeks. (*Id.* at 1:52-54.) The inventors therefore sought to create a control system for controlling video and audio parameters of a display device and a play device to solve the problem. (*Id.* at 1:55-58.)

14.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claims 1, 2, and 10 of the '889 Patent in Texas, this District and elsewhere in the United States. As shown below, Defendant makes, uses, sells and/or offers to sell a control system used for controlling video and audio parameters of a display device and a play device, the display device receiving video and audio data from the play device to display and generate corresponding images and sound, the video and audio parameters controlling the images and sound that infringes claim 1. For the purposes of demonstrating the infringement, Plaintiff uses Defendant's V4K43M-0801 television as an exemplary device; however, the analysis is equally applicable to the use of Defendant's other Consumer Electronic Control ("CEC") products, such as the V4K43C/M-0804, V4K50M-0807, V4K50C/M-0809,V4K50M-0810, V4K55C/M-0801, V4K55M-0804, V4K65C/M-0804,V4K65M-0810, V4K70M-0801,V4K75C/M-0804, and V4K86C-0804.

15.     Vizio provides a V4K43M-0801, a TV ("display device") that features the CEC ("control system").   CEC is based on HDMI-CEC technology which allows users to control multiple multimedia devices such as DVD player, Blu-ray players and VIZIO soundbar ("play device"), etc. using a single remote control.   The HDMI-CEC enables connected devices to communicate with each other over HDMI cables and enables the V4K43M-0801 to display audio and video output received from devices connected via HDMI cable ("receiving video and audio data from the play device to display and generate corresponding images and sound").   The single remote control of the TV is utilized to control video playback such as play/pause ("video and audio parameters") for both the TV and the connected multimedia device.



(*E.g.,* https://www.vizio.com/en/tv/4k/V4K43M-0801)[1]

---

[1] Red boxes, lines, and text annotations are added to the images.

| OTHER | |
|---|---|
| WiFi | WiFi 6 |
| Remote Control Type | BT / IR Voice Remote |
| Power Consumption | 72.2 W |
| Standby Power | <1 W |
| Voltage | 120V |
| OSD Language | English, French, Spanish |
| Certification | UL, FCC Class B, HDMI (CEC, eARC), DTS Virtual:X, DTS:X, Dolby Audio, Dolby Vision |

(*E.g.,* https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_VIZIO_4K_UM_No_UI.pdf)

**What is CEC?**

CEC, or Consumer Electronics Control, is a smart feature that lets devices connected to your TV via HDMI ports communicate with each other. With CEC, you can conveniently adjust your VIZIO Soundbar's volume using your TV remote.

(*E.g.,* https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.,* https://www.youtube.com/watch?v=_-HBuYb-5OU)

**Connecting a device — AUDIO & VIDEO CABLE TYPES**

Your TV can be used to display output from most devices.

1. Verify that your device has a video port that matches an available port on the TV (HDMI or Coaxial).

Receiving video and audio data from the play device

2. Connect the appropriate cable (not included) to the TV and the device.

3. Turn the TV and your device on.

4. Set the TV's input to match the connection you used (HDMI-1, HDMI-2, etc.).

(*E.g.*, https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_VIZIO_4K_UM_No_UI.pdf)

# Enabling CEC on a VIZIO TV

## VIZIO TVs come ready with CEC enabled.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)

**Enabling CEC on other TVs**

Some TVs come with CEC already enabled, but some do not. Here's how to determine whether CEC is already enabled and how to activate it, if not:

1. Turn on your TV and grab the remote.

2. Look for a button labeled with terms like Menu or Settings. Press this button to access the TV's settings menu.

3. Once in the settings menu, look for a section related to System Settings, External Devices, or HDMI Settings.

4. Within the above settings, search for a specific option related to CEC. This could be labeled as CEC, HDMI-CEC, SimpLink, Anynet+, or another similar term depending on your TV brand.

5. Once you find the CEC settings, enter this menu. Look for a toggle switch or checkbox next to the CEC option.

   - If the switch or checkbox is already turned on or selected, it indicates that CEC is enabled for your TV.

   - If it is not already turned on or selected, be sure to switch or check the setting on to enable CEC for your TV.

6. To ensure CEC is working, adjust the volume or power settings on your Soundbar using the TV remote. If the Soundbar responds, then CEC is successfully enabled.

If you encounter any difficulties or if the terminology varies on your TV, refer to the user manual or online support resources specific to your TV brand and model. These resources can provide detailed instructions tailored to your device's settings menu.

See the following page for some examples of where to find the settings in some TV brands and a list of what some manufacturers have called CEC in their TVs.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.*,     https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_
VIZIO_4K_UM_No_UI.pdf)

## CEC 13    CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97)

## CEC 3.1        End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 13.7        Deck Control

### CEC 13.7.1        Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2        Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97)



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97)

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97)

   16. Defendant makes, uses, sells and/or offers to sell a control system comprising an on screen display (OSD) system of the display device disposed in the display device for receiving a first OSD signal from external of the display device.  For example, the V4K43M-0801 ("display device") receives playback and volume signals ("first OSD signal") from the TV's remote control ("external of the display device").



(https://electronics.Vizio.com/tv-video/televisions/all-tvs/p/xr75z9k)



(*E.g.*, https://www.youtube.com/watch?v=_-HBuYb-5OU)

**Enabling CEC on other TVs**

Some TVs come with CEC already enabled, but some do not. Here's how to determine whether CEC is already enabled and how to activate it, if not:

1. Turn on your TV and grab the remote.

2. Look for a button labeled with terms like Menu or Settings. Press this button to access the TV's settings menu.

3. Once in the settings menu, look for a section related to System Settings, External Devices, or HDMI Settings.

4. Within the above settings, search for a specific option related to CEC. This could be labeled as CEC, HDMI-CEC, SimpLink, Anynet+, or another similar term depending on your TV brand.

5. Once you find the CEC settings, enter this menu. Look for a toggle switch or checkbox next to the CEC option.

   • If the switch or checkbox is already turned on or selected, it indicates that CEC is enabled for your TV.

   • If it is not already turned on or selected, be sure to switch or check the setting on to enable CEC for your TV.

6. To ensure CEC is working, adjust the volume or power settings on your Soundbar using the TV remote. If the Soundbar responds, then CEC is successfully enabled.

If you encounter any difficulties or if the terminology varies on your TV, refer to the user manual or online support resources specific to your TV brand and model. These resources can provide detailed instructions tailored to your device's settings menu.

See the following page for some examples of where to find the settings in some TV brands and a list of what some manufacturers have called CEC in their TVs.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.*, https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_VIZIO_4K_UM_No_UI.pdf)

# CEC 13   CEC Features Description

This section describes the message transfer and additional details for a number of common features enabled by CEC. Note that where a feature is supported, all messages within that feature should be implemented.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-22 of 97)

## CEC 3.1        End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 3.2        Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 13.7        Deck Control

### CEC 13.7.1        Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2        Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97)

17.     Defendant makes, uses, sells and/or offers to sell a control system comprising an encoding/decoding module of the display device disposed in the display device for encoding the first OSD signal received by the OSD system into a first data signal.  For example, the TV's remote control sends control commands such as play or pause to control the playback of the connected multimedia device, such as a VIZIO soundbar ("play device"), on the TV ("display device").  The TV receives the volume or power command ("first OSD signal") and sends it to the connected multimedia device.  The volume or power command sent to the connected multimedia device controls its playback.  Since the volume or power command is sent from the remote control, received by the TV, and then sent to the connected multimedia device to control its playback, it would be apparent for a person having ordinary skills in the art that the TV includes an

encoding/decoding module that encodes the received volume or power command into a data signal (first data signal) that controls the volume or playback of the multimedia device.

**What is CEC?**

CEC, or Consumer Electronics Control, is a smart feature that lets devices connected to your TV via HDMI ports communicate with each other. With CEC, you can conveniently adjust your VIZIO Soundbar's volume using your TV remote.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US).



(*E.g.*, https://www.youtube.com/watch?v=_-HBuYb-5OU)

**Enabling CEC on other TVs**

Some TVs come with CEC already enabled, but some do not. Here's how to determine whether CEC is already enabled and how to activate it, if not:

1. Turn on your TV and grab the remote.

2. Look for a button labeled with terms like Menu or Settings. Press this button to access the TV's settings menu.

3. Once in the settings menu, look for a section related to System Settings, External Devices, or HDMI Settings.

4. Within the above settings, search for a specific option related to CEC. This could be labeled as CEC, HDMI-CEC, SimpLink, Anynet+, or another similar term depending on your TV brand.

5. Once you find the CEC settings, enter this menu. Look for a toggle switch or checkbox next to the CEC option.

   - If the switch or checkbox is already turned on or selected, it indicates that CEC is enabled for your TV.

   - If it is not already turned on or selected, be sure to switch or check the setting on to enable CEC for your TV.

6. To ensure CEC is working, adjust the volume or power settings on your Soundbar using the TV remote. If the Soundbar responds, then CEC is successfully enabled.

If you encounter any difficulties or if the terminology varies on your TV, refer to the user manual or online support resources specific to your TV brand and model. These resources can provide detailed instructions tailored to your device's settings menu.

See the following page for some examples of where to find the settings in some TV brands and a list of what some manufacturers have called CEC in their TVs.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.*, https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_VIZIO_4K_UM_No_UI.pdf)



(*E.g.*, https://www.vizio.com/en/accessories/remotes/XRT270R)

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 13.7      Deck Control

### CEC 13.7.1          Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2          Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message.  It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97)



CEC Figure 17 A typical scenario for the Deck Control feature

(*E.g.*, https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97)

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(*Id.*)

18.    Defendant makes, uses, sells and/or offers to sell a control system comprising a bus connected to the display device for sending the first data signal out of the display device and transmitting the first data signal to the play device. For example, the V4K43M-0801("display device") includes the HDMI-CEC feature that enables users to control various multimedia devices, such as a VIZIO soundbar ("play device"), using a single remote control. HDMI-CEC (Consumer Electronics Control) standard, which enables connected devices to communicate with each other over HDMI cables ("bus"). The HDMI cables are used for sending control commands ("sending the first data signal"), such as volume or power commands, to the connected multimedia device.

| OTHER | |
|---|---|
| WiFi | WiFi 6 |
| Remote Control Type | BT / IR Voice Remote |
| Power Consumption | 72.2 W |
| Standby Power | <1 W |
| Voltage | 120V |
| OSD Language | English, French, Spanish |
| Certification | UL, FCC Class B, HDMI (CEC, eARC), DTS Virtual:X, DTS:X, Dolby Audio, Dolby Vision |

(*E.g.*,    https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024_VIZIO_4K_UM_No_UI.pdf)

**What is CEC?**

CEC, or Consumer Electronics Control, is a smart feature that lets devices connected to your TV via HDMI ports communicate with each other. With CEC, you can conveniently adjust your VIZIO Soundbar's volume using your TV remote.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



Bus

# 3
Plug the power cable into a nearby wall outlet and connect the soundbar to the HDMI eARC port on your QuickFit compatible VIZIO TV.

## Connecting a device — AUDIO & VIDEO CABLE TYPES

Your TV can be used to display output from most devices.

1.  Verify that your device has a video port that matches an available port on the TV (HDMI or Coaxial).

2.  Connect the appropriate cable (not included) to the TV and the device.

3.  Turn the TV and your device on.

4.  Set the TV's input to match the connection you used (HDMI-1, HDMI-2, etc.).

(*E.g.*,      https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024

_VIZIO_4K_UM_No_UI.pdf)

**Enabling CEC on other TVs**

Some TVs come with CEC already enabled, but some do not. Here's how to determine whether CEC is already enabled and how to activate it, if not:

1. Turn on your TV and grab the remote.

2. Look for a button labeled with terms like Menu or Settings. Press this button to access the TV's settings menu.

3. Once in the settings menu, look for a section related to System Settings, External Devices, or HDMI Settings.

4. Within the above settings, search for a specific option related to CEC. This could be labeled as CEC, HDMI-CEC, SimpLink, Anynet+, or another similar term depending on your TV brand.

5. Once you find the CEC settings, enter this menu. Look for a toggle switch or checkbox next to the CEC option.

   - If the switch or checkbox is already turned on or selected, it indicates that CEC is enabled for your TV.

   - If it is not already turned on or selected, be sure to switch or check the setting on to enable CEC for your TV.

6. To ensure CEC is working, adjust the volume or power settings on your Soundbar using the TV remote. If the Soundbar responds, then CEC is successfully enabled.

If you encounter any difficulties or if the terminology varies on your TV, refer to the user manual or online support resources specific to your TV brand and model. These resources can provide detailed instructions tailored to your device's settings menu.

See the following page for some examples of where to find the settings in some TV brands and a list of what some manufacturers have called CEC in their TVs.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)

19.     Defendant makes, uses, sells and/or offers to sell a control system wherein the display device receives the first OSD signal to control the video and audio parameters of the display device, the play device is decoding the first data signal received from the bus to control the video and audio parameters of the play device.  For example, the TV's remote control sends control commands such as play to control the playback of the connected multimedia device, such as a VIZIO soundbar ("play device") on the TV ("display device").  The TV receives the volume or power command ("first OSD signal") and the playback of the TV gets controlled.  Further, the TV sends the volume or power command to the connected multimedia device to control its playback.  Since the volume or power command is sent from the remote control, received by the TV, controls the playback of the TV, and then sent to the connected multimedia device to control its playback, therefore, upon information and belief, the connected multimedia device decodes the volume or power command to control its volume or playback ("video and audio parameters").

**What is CEC?**

CEC, or Consumer Electronics Control, is a smart feature that lets devices connected to your TV via HDMI ports communicate with each other. With CEC, you can conveniently adjust your VIZIO Soundbar's volume using your TV remote.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.*, https://www.youtube.com/watch?v=_-HBuYb-5OU)

**Enabling CEC on other TVs**

Some TVs come with CEC already enabled, but some do not. Here's how to determine whether CEC is already enabled and how to activate it, if not:

1. Turn on your TV and grab the remote.

2. Look for a button labeled with terms like Menu or Settings. Press this button to access the TV's settings menu.

3. Once in the settings menu, look for a section related to System Settings, External Devices, or HDMI Settings.

4. Within the above settings, search for a specific option related to CEC. This could be labeled as CEC, HDMI-CEC, SimpLink, Anynet+, or another similar term depending on your TV brand.

5. Once you find the CEC settings, enter this menu. Look for a toggle switch or checkbox next to the CEC option.

   - If the switch or checkbox is already turned on or selected, it indicates that CEC is enabled for your TV.

   - If it is not already turned on or selected, be sure to switch or check the setting on to enable CEC for your TV.

6. To ensure CEC is working, adjust the volume or power settings on your Soundbar using the TV remote. If the Soundbar responds, then CEC is successfully enabled.

If you encounter any difficulties or if the terminology varies on your TV, refer to the user manual or online support resources specific to your TV brand and model. These resources can provide detailed instructions tailored to your device's settings menu.

See the following page for some examples of where to find the settings in some TV brands and a list of what some manufacturers have called CEC in their TVs.

(*E.g.*, https://support.vizio.com/s/article/CEC-Consumer-Electronics-Control?language=en_US)



(*E.g.*,    https://www.vizio.com/content/dam/asset-portal/us/en/2024/tv/documentation/4k/2024
_VIZIO_4K_UM_No_UI.pdf)



(*E.g.*, https://www.vizio.com/en/accessories/remotes/XRT270R)

## CEC 3.1    End-User Features

**One Touch Play** - Allows a device to be played and become the active source with a single button press.

**System Standby** - Enables the user to switch all devices to standby with one button press.

**One Touch Record** - Offers a What You See Is What You Record (WYSIWYR) facility, meaning that whatever is shown on the TV screen is recorded on a selected Recording Device.

**Timer Programming** – Allows the user to program the timers in a Recording Device from an EPG running on a TV or STB.

**Deck Control** - Enables a device to control (e.g. play, fast forward etc.) and interrogate a Playback Device (a deck).

**Tuner Control** - Allows a device to control the tuner of another device.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 3.2    Supporting Features

**Device OSD Name Transfer** - Enables devices to upload their preferred OSD name to the TV. The TV can then use this name in any menus associated with that device.

**Device Power Status** – Allows the current power status of a device to be discovered.

**OSD Display** - Enables a device to use the on-screen display of the TV to display text strings.

**Routing Control** - Allows the control of CEC Switches for streaming of a new source device.

**System Information** - Queries the system to determine device addresses and language.

**Vendor Specific Commands** - Allows a set of vendor-defined commands to be used between devices of that vendor.

**Audio Rate Control** – Allows an Amplifier to fractionally increase or decrease the playback rate of an audio source.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-5 of 97)

## CEC 13.7    Deck Control

### CEC 13.7.1    Messages

The following messages are used for the Deck Control feature:

<Deck Status>, <Give Deck Status>, <Deck Control>, <Play>

### CEC 13.7.2    Feature Description

This feature allows a Playback Device (a deck or disc player or recorder) to be controlled by another device (e.g. the TV). Messages are also provided to allow a device to find out the status of the Deck; this allows, for example, a TV to keep its user interface synchronized with the status of the Deck.

A device may query the status of a deck with the <Give Deck Status> command. The deck should respond with a <Deck Status> message.

A device may control a Deck with the <Play> and <Deck Control> messages. These messages may be initiated after a user command. The Deck shall act upon the command that it receives within the messages <Play> and <Deck Control>. It is the equivalent of the user selecting the command local to the Deck. If the deck cannot carry out the command (e.g. it has no media when trying to play) it should respond with a <Feature Abort> ["Not in correct mode to respond"] message.

If the deck is in standby and receives a <Deck Control> ["Eject"] or <Play> ["Play Forward"] message, it should power on and act on the message. It is up to the manufacturer to decide if the device should power on when receiving any other <Deck Control> or <Play> messages.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-33 of 97)



*CEC Figure 17 A typical scenario for the Deck Control feature*

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97)

The effect of the <Play> [Play Mode] operands "Fast Forward xx" and "Fast Reverse xx" will depend on the target device. For a disc-based sytem (eg DVD, Hard Disk), these will usually produce a picture at the required speed and direction. However, for a tape deck, the previous deck state may affect how this message is executed so that a picture may not always be available.

The effect of the <Deck Control> [Deck Control Mode] operands "Skip xx" will also depend on the target device. For a disc-based system, this will cause the disc to skip to the next Chapter. For a tape, this will cause the tape to go to the next marker without displaying a picture.

(https://www.hdmi.org/requestform/clickrequestasync?docId=16, Page CEC-34 of 97).

20.    Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '889 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

21.    On information and belief, Defendant will continue its infringement unless preliminarily and permanently enjoined by the Court.  Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

## V.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## VI.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.    Judgment that claim 1 of United States Patent No. 7,812,889 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.    Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct

complained of herein, and an accounting of all infringements and damages not presented at trial;

c.     That Defendant be preliminarily and permanently enjoined from any further activity or conduct that infringes;

d.     That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.     That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.


September 25, 2025

OF COUNSEL:


David R. Bennett
(motion for *pro hac vice* to be filed)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*/s/ Benjamin C. Deming*
Benjamin C. Deming (TX Bar 24091778)
DNL ZITO
3232 McKinney Ave
Suite 500
Dallas, Texas 75204
bdeming@dnlzito.com


Joseph J. Zito
DNL ZITO
1250 Connecticut Ave., NW #700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

*Attorneys for Plaintiff Control Sync Systems, LLC*